UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
MARK CHYLINSKI,                    :
    Plaintiff,                     :
V.                                 :    CASE NO. 3:08-CV-1231(RNC)
MARTIN ROSOL'S INC., ET AL.,       :
    Defendants.                    :
```

RULING AND ORDER

The Magistrate Judge's recommended ruling on the pending motion to dismiss recommends (1) dismissing all claims under Conn. Gen. Stat. § 46a-58(a) because the statute does not provide a private right of action; (2) dismissing all claims against the individual defendants under Title VII and Conn. Gen. Stat. § 46a-60(a)(1) because these statutes do not provide for individual liability; and (3) dismissing all claims against the corporate defendant, Martin Rosol's Inc. ("Rosol's"), for failure to meet the pleading requirements of Rule 8(a), but giving the plaintiff a date by which to file an amended complaint against Rosol's that complies with these requirements.

After review and over objection, the Magistrate Judge's recommended ruling is hereby approved and adopted and the motion to dismiss is granted in full.  The claims against the individual defendants are dismissed with prejudice and the claims against Rosol's are dismissed without prejudice.  Plaintiff may file an amended complaint against Rosol's on or before August 6, 2010.

To satisfy the pleading requirements of Rule 8(a), the amended complaint must briefly allege the facts on which the plaintiff relies to support his claims against Rosol's for national origin discrimination and unlawful retaliation.  **The plaintiff is hereby notified that if he fails to file such an amended complaint by August 6, judgment will enter in favor of the defendants and the case will be closed.**

    So ordered at Hartford, Connecticut this 14th day of July 2010.

>               /s/RNC          
>          ROBERT N. CHATIGNY
>       UNITED STATES DISTRICT JUDGE